UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODIA HUNTER and
DIANE HUNTER

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,

    Defendant.

Case No. 2:13-cv-11220-NGE-MJH
Hon. Nancy G. Edmunds

Circuit Court Case No.
Case No. 13-001527-CH
Hon. Robert L. Ziolkowski

---

| Delicia A. Cain Taylor Coleman (P56278) | FABRIZIO & BROOK, P.C. |
|---|---|
| Attorney for Plaintiffs | JANETTA A. PITTMAN (P72073) |
| 1274 Library Street, Suite 304 | JONATHAN L. ENGMAN (P56364) |
| Detroit, MI 48226 | Attorneys for Defendant |
| 313.574.4607 | 888 W. Big Beaver Road, Suite 800 |
| | Troy, MI 48084 |
| | 248.362.2600 |

---

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST BY GMAC MORTGAGE CORPORATION**

    Pursuant to E.D. Mich. LR 83.4, GMAC Mortgage Corporation makes the following disclosure: *(NOTE: a negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:    Defendant GMAC Mortgage, LLC is a wholly owned subsidiary of GMAC Residential Holding Company, LLC, which is an indirect wholly owned subsidiary of GMAC, LLC. GMAC, LLC is owned in part by General Motors Corporation, which is publicly traded.

   Relationship with Named Party:    Indirect wholly owned subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:    N/A
Nature of Financial Interest:    N/A

/s/ Janetta A. Pittman
Janetta A. Pittman (P72073)
FABRIZIO & BROOK, P.C.
888 W. Big Beaver Road, Ste 800
Troy, MI 48084
(248) 362-2600
pittman@fabriziobrook.com

Dated: March 19, 2013

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ODIA HUNTER and<br>DIANE HUNTER<br><br>Plaintiffs,<br>v.<br><br>GMAC MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-11220-NGE-MJH<br>Hon. Nancy G. Edmunds<br><br><br><br>Circuit Court Case No.<br>Case No. 13-001527-CH<br>Hon. Robert L. Ziolkowski |
| Delicia A. Cain Taylor Coleman (P56278)<br>Attorney for Plaintiffs<br>1274 Library Street, Suite 304<br>Detroit, MI 48226<br>313.574.4607 | FABRIZIO & BROOK, P.C.<br>JANETTA A. PITTMAN (P72073)<br>JONATHAN L. ENGMAN (P56364)<br>Attorneys for Defendant<br>888 W. Big Beaver Road, Suite 800<br>Troy, MI 48084<br>248.362.2600 |

## PROOF OF SERVICE

Melanie Mullin hereby certifies that on March 20, 2013 she served a copy of the Statement of Disclosure of Corporate Affiliations and financial Interest by GMAC Mortgage Corporation and this Proof of Service upon the following via first-class mail:

Delicia A. Cain Taylor Coleman
1274 Library Street, Suite 304
Detroit, MI 48226

I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct.

Dated: March 20, 2013

/s/     Melanie Mullin
Melanie Mullin, Paralegal
Fabrizio & Brook, P.C.
888 W. Big Beaver Road, Ste 800
Troy, MI 48084
(248) 362-2600
mmullin@fabriziobrook.com